## 18033.   GAINES *v.* THE STATE

BLOODWORTH, J.   In the criminal court of Atlanta the plaintiff in error was convicted of possessing "corn whisky." In the light of the untraversed answer of the judge of that court to the petition for certiorari, the judge of the superior court did not err in overruling the certiorari.

    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

                DECIDED MAY 11, 1927.

Certiorari; from Fulton superior court—Judge Pomeroy. February 14, 1927.

*C. G. Battle*, for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw*, contra.

---

Certiorari, 11 C. J. p. 157, n. 60 New.